UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDROJIT SARKER,<br><br>             Plaintiff,<br><br>  v.<br><br>SENGUPTA FOOD SERVICES, LLC D/B/A SOHO PARK, 17 STONE STREET, LLC D/B/A SOHO PARK, ASHIM SENGUPTA, SHAWN SENGUPTA, and LANA SENGUPTA,<br><br>             Defendants. | No. 17-cv-7393 (BCM) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the exhibits hereto, Plaintiff and Defendants will jointly move this Court, before the Honorable Barbara C. Moses, United States Magistrate Judge for the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, New York 11722, at a date and time to be determined by the Court, for an order approving the parties' Fair Labor Standards Act and New York Labor Law settlement.

A proposed order is submitted herewith.

DATED:  July 12, 2018

By: s/*Michael K. Chong*

Michael K. Chong, Esq.
2 Executive Drive, Ste. 720
Fort Lee, NJ 07024
Tel: (201) 947-5200
Fax: (201) 708-6676
300 Hudson Street, Ste. 10

By: s/*Orin Kurtz*

Orin Kurtz
Gardy & Notis, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: (212) 905-0509

1

Hoboken, NJ 07030                              Fax: (212) 905-0508
Tel: (201) 203-7476
Fax: (201) 708-6676                            *Attorneys for Plaintiff*

1250 Broadway, 36th Floor, Ste. 300
New York, NY 10010
Tel: (212) 726-1104
Fax: (212) 726-3104
MKC@mkclawgroup.com

*Attorneys for Defendants*